IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS EDEN GARCIA, #02128847, | § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:19-cv-02389-M-BT |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 12, 2023. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and any objections are overruled. The Court construes Petitioner's motion (doc. 51) as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 and TRANSFERS it to the United States Court of Appeals for the Fifth Circuit pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). **The Clerk of Court is directed to close this case.**

**SO ORDERED** this 17th day of October, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE